Marc Weitz (SBN 242830)
Law Office of Marc Weitz
633 West 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 223-2350
Fax: (213) 784-5407
marcweitz@weitzlegal.com
Attorney for Creditor Webnx, Inc.

**FILED & ENTERED**

APR 27 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CALPOP.COM, INC., a California corporation,<br><br>         Debtor. | CASE NO. 2:15-bk-26198-RK<br><br>Assigned to the Honorable Robert N. Kwan<br><br>Chapter 7<br><br>**ORDER AUTHORIZING ORAL EXAMINATION OF EVERT VAN NIEKERK AND REQUIRING EVERT VAN NIEKERK TO PRODUCE DOCUMENTS PURSUANT TO RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>**DOCUMENT PRODUCTION DATE**<br>Date: May 18, 2017<br>Time: 5:00 p.m.<br>Location: The Law Office of Marc Weitz<br>         633 West 5th Street, Ste 2800<br>         Los Angeles, CA 90071<br><br>**2004 EXAMINATION DATE**<br>Date: May 25, 2017<br>Time: 9:00 a.m.<br>Location:  Veritext Los Angeles<br>         707 Wilshire Blvd.<br>         Suite 3500<br>         Los Angeles, CA 90017<br><br>[No Hearing Required] |

The court, having read and considered the motion filed on April 22, 2017 as docket #56 ("Motion") by WebNX, Inc., creditor in the above-captioned case, by and through his counsel, for an Order Authorizing Examination of Evert van Niekerk ("Examinee") And Requiring the Examinee To Produce Documents Pursuant To FRBP 2004 and Local Bankruptcy Rule 2004-1 ("Motion"), and proper notice of the Motion having been provided and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in its entirety;
2. The Examinee is directed to produce the information and documents described in section C of the Motion no later than 5 p.m. on May 18, 2017, to Marc Weitz, either 1) physically at 633 West 5th Street, Ste 2800, Los Angeles, CA 90071; 2) by email at marcweitz@weitzlegal.com; or 3) by fax at (213) 784-5407;
3. The Examinee is ordered to appear for an F.R.B.P. 2004(a) examination at Veritext Los Angeles, 707 Wilshire Blvd., Suite 3500, Los Angeles, CA 90017 commencing at 9:00 a.m. on May 25, 2017; and
4. Absent an order of this Court excusing compliance herewith, failure by Examinee to comply with this Order may result in a further order of this Court imposing sanctions for contempt.

###

Date: April 27, 2017

_____
Robert Kwan
United States Bankruptcy Judge