RKDTrustee@dgdk.com
1900 Avenue of the Stars
Eleventh Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CALPOP.COM, INC. | § | Case No. 2:15-bk-26198-RK |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard K. Diamond, TRUSTEE (State Bar No. 070634), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 26,511.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 21,000.00 | |

3) Total gross receipts of $ 21,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 21,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,144,380.35 | $ 966,037.76 | $ 966,037.76 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 326,936.05 | 326,936.05 | 21,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 89,396.86 | 37,913.45 | 37,913.45 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,399,513.97 | 6,101,048.77 | 6,101,048.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,633,291.18 | $ 7,431,936.03 | $ 7,431,936.03 | $ 21,000.00 |

4) This case was originally filed under chapter 7 on 10/21/2015 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2018                    By:/s/Richard K. Diamond, TRUSTEE (State Bar No. 070634)
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JUDGMENT AGAINST FORMER OFFICER OF THE DEBTOR | 1149-000 | 21,000.00 |
| TOTAL GROSS RECEIPTS | | $21,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Travel | | 0.00 | NA | NA | 0.00 |
| | American Microloan | | 14,000.00 | NA | NA | 0.00 |
| | Corproation Service Company | | 0.00 | NA | NA | 0.00 |
| | De Lage Landen Financial Services, Inc. | | 1,220.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | De Lage Landen Financial Services, Inc. | | 2,764.96 | NA | NA | 0.00 |
| | Everbank Commercia Finance, Inc. | | 45,000.00 | NA | NA | 0.00 |
| | Hamni Bank | | 0.00 | NA | NA | 0.00 |
| | Kenny Fitzgerald, Litigation Specialist | | 0.00 | NA | NA | 0.00 |
| | Key Equipment Finance | | 0.00 | NA | NA | 0.00 |
| | QUICK BRIDGE FUNDING LLC. | | 120,000.00 | NA | NA | 0.00 |
| | Summit Funding Group | | 45,000.00 | NA | NA | 0.00 |
| | Summit Funding Group, Inc. | | 0.00 | NA | NA | 0.00 |
| | Summit Funding Group, LLC. | | 0.00 | NA | NA | 0.00 |
| | Vorus N, Tehadam Hr, Capehart & Scatchard, P.A. | | 0.00 | NA | NA | 0.00 |
| | Western Equipment Finance, Inc. | | 54,988.00 | NA | NA | 0.00 |
| | Western Equipment Finance, Inc. | | 50,000.00 | NA | NA | 0.00 |
| | Western Equipment Finance, Inc. | | 7,328.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB | 4110-000 | 53,162.37 | 52,395.17 | 52,395.17 | 0.00 |
| 2 | SWIFT FINANCIAL CORPORATION | 4110-000 | 97,151.40 | 101,772.72 | 101,772.72 | 0.00 |
| 14 | HANMI BANK | 4210-000 | 464,447.15 | 468,990.02 | 468,990.02 | 0.00 |
| 15 | LEASE CORPORATION OF AMERICA | 4210-000 | 0.00 | 69,950.44 | 69,950.44 | 0.00 |
| 24 | MULTACOM CORPROATION, A CALIFORNIA CORPO | 4210-000 | 50,000.00 | 60,500.00 | 60,500.00 | 0.00 |
| 26 | SCOTT SAYRE, ATTORENY AT LAW | 4210-000 | 30,435.10 | 31,760.00 | 31,760.00 | 0.00 |
| 10 | LOS ANGELES COUNTY TREASURER AND | 4700-000 | 0.00 | 2,153.68 | 2,153.68 | 0.00 |
| 9 | LOS ANGELES COUNTY TREASURER AND | 4700-000 | 108,882.37 | 178,515.73 | 178,515.73 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,144,380.35 | $ 966,037.76 | $ 966,037.76 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD K. DIAMOND | 2100-000 | NA | 2,850.00 | 2,850.00 | 115.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD K. DIAMOND | 2200-000 | NA | 246.44 | 246.44 | 246.44 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 11.93 | 11.93 | 11.93 |
| Union Bank | 2600-000 | NA | 113.32 | 113.32 | 113.32 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 3,078.00 | 3,078.00 | 3,078.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | 715.28 | 715.28 | 28.88 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3110-000 | NA | 224,735.50 | 224,735.50 | 9,073.94 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3120-000 | NA | 4,090.31 | 4,090.31 | 4,090.31 |
| GROBSTEIN TEEPLE LLP | 3410-000 | NA | 90,507.50 | 90,507.50 | 3,654.34 |
| GROBSTEIN TEEPLE LLP | 3420-000 | NA | 587.77 | 587.77 | 587.77 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 326,936.05 | $ 326,936.05 | $ 21,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Board of Equalization | | 0.00 | NA | NA | 0.00 |
| | City of Los Angeles Office of Finance | | 0.00 | NA | NA | 0.00 |
| | City of Los Angeles, Office of FInance | | 56,506.00 | NA | NA | 0.00 |
| | Hansel Porro Perez ***Creditor priority mailing state RMC*** | | 777.81 | NA | NA | 0.00 |
| | Internal Revcllue Service | | 388.44 | NA | NA | 0.00 |
| | Internal Revenue Service | | 2,394.06 | NA | NA | 0.00 |
| | Internal Revenue Service | | 7,544.06 | NA | NA | 0.00 |
| | Limchantha Seng ***Creditor priority mailing state RMC*** | | 1,981.60 | NA | NA | 0.00 |
| 28 | JOEL AJANEL | 5300-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 29 | JOSEPH C. PORTILLO | 5300-000 | 2,776.65 | 2,800.00 | 2,800.00 | 0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 5800-000 | 15,022.02 | 27,946.71 | 27,946.71 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 2,699.24 | 2,699.24 | 0.00 |
| 17 | FRANCHISE TAX BOARD | 5800-000 | 2,006.22 | 2,467.50 | 2,467.50 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 89,396.86 | $ 37,913.45 | $ 37,913.45 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AG Adjustments AGA | | 0.00 | NA | NA | 0.00 |
| | Airspan Networks | | 107.33 | NA | NA | 0.00 |
| | Altoros Systems | | 192.00 | NA | NA | 0.00 |
| | American Microloan | | 14,640.86 | NA | NA | 0.00 |
| | Arrowhead Direct | | 101.63 | NA | NA | 0.00 |
| | at&t | | 70.00 | NA | NA | 0.00 |
| | Athena Parking, Inc. | | 1,915.00 | NA | NA | 0.00 |
| | August Infotech | | 768.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of the West c/o The Best Service Company | | 200.44 | NA | NA | 0.00 |
| | Brian J. McCormack, Esq. Callahan & Blaine, APLC | | 0.00 | NA | NA | 0.00 |
| | BT&T Telecom Group/ #73 | | 1,908.46 | NA | NA | 0.00 |
| | Callahan & Blaine | | 87,168.51 | NA | NA | 0.00 |
| | Cartifact | | 0.00 | NA | NA | 0.00 |
| | Castellan Hormazd Dalal | | 648.00 | NA | NA | 0.00 |
| | Ceronex Tech | | 1,234.00 | NA | NA | 0.00 |
| | CNA Insurance | | 397.09 | NA | NA | 0.00 |
| | Compufutura, Inc. | | 1,500.00 | NA | NA | 0.00 |
| | cPanel Inc | | 3,765.00 | NA | NA | 0.00 |
| | Cryptocure Arulkumaran Chandrasekaran | | 450.00 | NA | NA | 0.00 |
| | Dannier Chemical | | 402.00 | NA | NA | 0.00 |
| | Digital Realty | | 0.00 | NA | NA | 0.00 |
| | Direct Technologies | | 1,820.00 | NA | NA | 0.00 |
| | Edward Mazzarino | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EFS Group/Storage | | 1,500.00 | NA | NA | 0.00 |
| | Elaine Ossipov | | 1,522.50 | NA | NA | 0.00 |
| | Eliran Grushkowsky | | 480.00 | NA | NA | 0.00 |
| | EOS1 | | 5,363.33 | NA | NA | 0.00 |
| | Epicenter Software | | 792.00 | NA | NA | 0.00 |
| | Evert Van Niekerk | | 4,050.00 | NA | NA | 0.00 |
| | Galaxsoft | | 300.00 | NA | NA | 0.00 |
| | GIP 7th St., LLC | | 291,756.03 | NA | NA | 0.00 |
| | Greg Saylor | | 3,027.00 | NA | NA | 0.00 |
| | GRMC Consulting | | 345.00 | NA | NA | 0.00 |
| | Heendeniya K (Ravi) Bandara | | 0.00 | NA | NA | 0.00 |
| | Hosting Controller | | 0.00 | NA | NA | 0.00 |
| | Huang Yuxiang | | 138.00 | NA | NA | 0.00 |
| | IDLID Services | | 144.00 | NA | NA | 0.00 |
| | IFC Markets | | 912.67 | NA | NA | 0.00 |
| | Insightful Networks | | 912.68 | NA | NA | 0.00 |
| | Irvine Networks | | 1,243.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IT-PRO/ #259 | | 1,302.00 | NA | NA | 0.00 |
| | Jessica Bouzourene | | 0.00 | NA | NA | 0.00 |
| | Kaiser Permanante Health Insurance | | 12,694.38 | NA | NA | 0.00 |
| | Kaiser Permanente | | 0.00 | NA | NA | 0.00 |
| | Klee | | 1,232.00 | NA | NA | 0.00 |
| | Koolman HVAC/R | | 2,119.10 | NA | NA | 0.00 |
| | Luce, Forward, Hamilton & Scripps, LLP | | 45,000.00 | NA | NA | 0.00 |
| | Maciej Drobny | | 188.00 | NA | NA | 0.00 |
| | Marcos Boyington | | 725.00 | NA | NA | 0.00 |
| | Marshall Brubacher, Mundell, Odlum & Haws, LLP | | 0.00 | NA | NA | 0.00 |
| | Marta Consulting | | 548.00 | NA | NA | 0.00 |
| | Matrixav.Us | | 490.00 | NA | NA | 0.00 |
| | Mc Millian Law Firm/ #323 | | 762.00 | NA | NA | 0.00 |
| | McClintock Law | | 0.00 | NA | NA | 0.00 |
| | McKenna Long & Aldridge LLP | | 29,080.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Hashim | | 2,470.00 | NA | NA | 0.00 |
| | Mike Cao | | 98.17 | NA | NA | 0.00 |
| | Multacom Corproation, a California corporation | | 0.00 | NA | NA | 0.00 |
| | Munat Bros./ #347 | | 408.00 | NA | NA | 0.00 |
| | Nameshield | | 693.00 | NA | NA | 0.00 |
| | Nate Kelly, Law Offices of Nate Kelly | | 0.00 | NA | NA | 0.00 |
| | Naveen Nathan | | 0.00 | NA | NA | 0.00 |
| | Netropa | | 264.00 | NA | NA | 0.00 |
| | nowcom | | 0.00 | NA | NA | 0.00 |
| | OmniTelecom | | 2,338.00 | NA | NA | 0.00 |
| | Paypal Webank Loan | | 15,272.00 | NA | NA | 0.00 |
| | PC Advisors/ #389 ***Creditor unsecured mailing state RMC*** | | 347.00 | NA | NA | 0.00 |
| | Phoenix Workforce Solutions | | 690.83 | NA | NA | 0.00 |
| | PMG ***Creditor unsecured mailing state RMC*** | | 180.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Priceless Possibilities ***Creditor unsecured mailing state RMC*** | | 763.20 | NA | NA | 0.00 |
| | Prima Impresa | | 1,053.00 | NA | NA | 0.00 |
| | Prime Associates/ #735 | | 1,089.00 | NA | NA | 0.00 |
| | Prostate90 | | 480.00 | NA | NA | 0.00 |
| | Psyleron | | 652.80 | NA | NA | 0.00 |
| | Qastle International | | 490.00 | NA | NA | 0.00 |
| | Randolph Vegting | | 440.00 | NA | NA | 0.00 |
| | Ready Refresh | | 236.02 | NA | NA | 0.00 |
| | ReadyRefresh by Nestle | | 0.00 | NA | NA | 0.00 |
| | Relcore Software | | 264.00 | NA | NA | 0.00 |
| | Return Group | | 518.00 | NA | NA | 0.00 |
| | Ring Central | | 679.00 | NA | NA | 0.00 |
| | Rocket Media Hosting | | 294.50 | NA | NA | 0.00 |
| | Ross Thiers | | 0.00 | NA | NA | 0.00 |
| | Ross Thiers | | 251,019.89 | NA | NA | 0.00 |
| | S.O. Linux | | 398.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sejong IPA/ #626 | | 450.00 | NA | NA | 0.00 |
| | Shift Planning | | 0.00 | NA | NA | 0.00 |
| | ShinySoft Limited | | 2.23 | NA | NA | 0.00 |
| | Slaptech | | 352.00 | NA | NA | 0.00 |
| | Softop Computronics | | 297.00 | NA | NA | 0.00 |
| | Soheil Katal (Digifier) | | 1,548.25 | NA | NA | 0.00 |
| | Springfield Technologies | | 6,340.95 | NA | NA | 0.00 |
| | SSSWF | | 1,911.00 | NA | NA | 0.00 |
| | Stone Cobra | | 96.00 | NA | NA | 0.00 |
| | Summit Funding Group | | 0.00 | NA | NA | 0.00 |
| | Superluminal Networks | | 360.25 | NA | NA | 0.00 |
| | Susquehanna Commercial Finance, Inc. | | 0.00 | NA | NA | 0.00 |
| | TeliaSonera International Carrier | | 0.00 | NA | NA | 0.00 |
| | TeliaSonera International Carrier | | 10,776.35 | NA | NA | 0.00 |
| | The Hartford Insurance | | 8,650.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Telx Group, Inc. | | 5,285.45 | NA | NA | 0.00 |
| | Tim Hargraves | | 284.33 | NA | NA | 0.00 |
| | Time Is Now Enterprise (Mullen) | | 536.67 | NA | NA | 0.00 |
| | Travelers SDervice Center | | 169.52 | NA | NA | 0.00 |
| | Ultrabuys | | 10,141.50 | NA | NA | 0.00 |
| | USTONG.COM | | 400.00 | NA | NA | 0.00 |
| | Video Illusions | | 1,184.00 | NA | NA | 0.00 |
| | Vifopex | | 2.23 | NA | NA | 0.00 |
| | Vishwa Nirmala Dharma | | 552.00 | NA | NA | 0.00 |
| | Web Realtor/ #578 | | 1,782.00 | NA | NA | 0.00 |
| | WebsiteBackup | | 70.00 | NA | NA | 0.00 |
| | Wide Blue Ocean ***Creditor unsecured mailing state RMC*** | | 394.00 | NA | NA | 0.00 |
| | WikiGenes | | 2,524.50 | NA | NA | 0.00 |
| | Wilshire Connection, LLC | | 11,468.60 | NA | NA | 0.00 |
| | Windset Capital Corporation | | 21,932.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | wishlist HealthCare Enterprise Solutions, Inc., Keith Kraemer | | 0.00 | NA | NA | 0.00 |
| | World Express Networks ***Creditor unsecured mailing state RMC*** | | 216.00 | NA | NA | 0.00 |
| | XO Communication | | 0.00 | NA | NA | 0.00 |
| 8 | ACE DATA CENTERS | 7100-000 | 11,051.73 | 11,023.19 | 11,023.19 | 0.00 |
| 13 | AMERICAN DESTINY REALTY | 7100-000 | 621.00 | 828.00 | 828.00 | 0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 0.00 | 6,127.82 | 6,127.82 | 0.00 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,527.83 | 11,495.77 | 11,495.77 | 0.00 |
| 11 | EQUINIX, INC. | 7100-000 | 175,750.07 | 159,772.79 | 159,772.79 | 0.00 |
| 3 | KEY EQUIPMENT FINANCE | 7100-000 | 0.00 | 52,701.96 | 52,701.96 | 0.00 |
| 20 | QUICK BRIDGE FUNDING LLC. | 7100-000 | 161,531.51 | 163,222.00 | 163,222.00 | 0.00 |
| 16 | STATE BOARD OF EQUALIZATION | 7100-000 | 71,275.87 | 77,424.21 | 77,424.21 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | SUSQUEHANNA COMMERCIAL FINANCE, INC. | 7100-000 | 45,000.00 | 42,938.96 | 42,938.96 | 0.00 |
| 12 | TELIX - LOS ANGELES, LLC | 7100-000 | 7,985.45 | 0.00 | 0.00 | 0.00 |
| 25 | WEBNX, INC. | 7100-000 | 0.00 | 5,532,877.50 | 5,532,877.50 | 0.00 |
| 22 | WINDSET CAPITAL CORPORATION | 7100-000 | 28,950.00 | 36,554.99 | 36,554.99 | 0.00 |
| 17 | FRANCHISE TAX BOARD | 7300-000 | NA | 465.96 | 465.96 | 0.00 |
| 18 | FRANCHISE TAX BOARD | 7300-000 | NA | 26.18 | 26.18 | 0.00 |
| 16 | STATE BOARD OF EQUALIZATION | 7300-000 | 3,038.42 | 5,589.44 | 5,589.44 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,399,513.97 | $ 6,101,048.77 | $ 6,101,048.77 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-26198 | RK | Judge: | Robert Kwan | Trustee Name: | Richard K. Diamond, TRUSTEE (State Bar No. 070634) |

| Case Name: | CALPOP.COM, INC. | | Date Filed (f) or Converted (c): | 10/21/2015 (f) |

| | | | 341(a) Meeting Date: | 11/23/2015 |

| For Period Ending: | 10/03/2018 | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  BANK ACCOUNT AT BANK OF THE WEST | 11.00 | 11.00 | | 0.00 | FA |
| 2.  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br><br>OFFICE DESKS | 500.00 | 0.00 | | 0.00 | FA |
| 3.  ACCOUNTS RECEIVABLE<br><br>XEEX COMMUNICATIONS IN BANKRUPTCY<br>15-21180<br>POC FILED 3/22/16<br>NA REPORT FILED 8/12/16<br>CASE CLOSED 9/28/16 | 16,000.00 | 0.00 | | 0.00 | FA |
| 4.  JUDGMENT AGAINST FORMER OFFICER OF THE<br>DEBTOR<br><br>3/11/16: LETTER SENT<br>DEFENDANT: RICHARD LAND HOOVER<br>BC455663<br>JUDGMENT ENTERED 10/3/13<br>SOLD PER ORDER E: 12/7/17 | Unknown | 21,000.00 | | 21,000.00 | FA |
| 5.  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | 0.00 | | 0.00 | FA |
| 6.  MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES | 10,000.00 | 0.00 | | 0.00 | FA |
| 7.  FRAUDULENT TRANSFER (u)<br><br>CLAIMS AGAINST MULTACOM<br>ABANDONED 10/19/17 | Unknown | 0.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $26,511.00 | $21,011.00 | | $21,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing on sale and other motion:

THE TRUSTEE HAS ELECTED TO ABANDON THE FRAUDULENT TRANSFER CLAIMS AFTER THE MAJOR CREDITOR REFUSED TO PURSUE THE CLAIMS ON BEHALF OF THE ESTATE.  IN THE MEANTIME, HE SOLD THE JUDGMENT AGAINST THE FORMER OFFICER OF THE DEBTOR.  THE ACCOUNTANTS ARE PREPARING THE FINAL TAX RETURNS.  ONCE TAX CLEARANCE IS RECEIVED, THE TRUSTEE WILL CLOSE THE CASE. CLAIMS WILL NOT BE REVIEWED AS IT APPEARS THIS CASE IS ADMINISTRATIVELY INSOLVENT. (03/31/18)

THE TRUSTEE IS IN COMMUNICATION WITH COUNSEL FOR A MAJOR CREDITOR TO DETERMINE IF IT WANTS TO PURSUE THE FRAUDULENT TRANSFER CLAIMS ON BEHALF OF THE ESTATE.  (03/31/17)

THE TRUSTEE IS INVESTIGATING POTENTIAL FRAUDULENT TRANSFER CLAIMS.  IN THAT REGARD, THE TRUSTEE HAS COMMUNICATED WITH SEVERAL PARTIES AND SENT OUT SEVERAL SUPOENAS.  VOLUMINOUS DOCUMENTS HAVE BEEN RECEIVED AND ARE BEING ANALYZED.  IN THE MEANTIME, HE IS INVESTIGATING THE COLLECTIBILITY OF JUDGMENT DEBTOR RICHARD HOOVER AND HAS ALSO FILED A POC IN THE XEEX BANKRUPTCY FOR SUMS DUE.  (03/31/16)

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 08/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-26198 | Trustee Name: Richard K. Diamond, TRUSTEE (State Bar No. 070634) | Exhibit 9 |
| Case Name: CALPOP.COM, INC. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX7423 | |
| | GENERAL ACCOUNT | |
| Taxpayer ID No: XX-XXX2688 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | 4 | Carole J. Hoover 63 Port of Spain Road Coronado, CA 92118 | DEPOSIT FOR SALE 11/14/17 HOLD. DO NOT DEPOSIT UNTIL OUTCOME OF SALE 12/7/17 SALE ORDER ENTERED. | 1149-000 | $12,000.00 | | $12,000.00 |
| 12/08/17 | 4 | Carole J. Hoover 63 Port of Spain Road Coronado, CA 92118 | BALANCE OF PURCHASE PRICE OF HOOVER JUDGMENT | 1149-000 | $9,000.00 | | $21,000.00 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $22.87 | $20,977.13 |
| 01/31/18 | 5001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM, BOND #016030866, 1/4/18 TO 1/4/19, PER LBR 2016-2(c) | 2300-000 | | $11.93 | $20,965.20 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $31.20 | $20,934.00 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $28.14 | $20,905.86 |
| 03/28/18 | 5002 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0511 | FORM 100 FOR TAX YEAR ENDING 2015 PER ORDER ENTERED 3/27/18, CA CORP. # X022, EIN X2688 | 2820-000 | | $1,098.00 | $19,807.86 |
| 03/28/18 | 5003 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0511 | FORM 100 FOR TAX YEAR ENDING 2016 PER ORDER ENTERED 3/27/18, CA CORP. # X0022, EIN X2688 | 2820-000 | | $1,066.00 | $18,741.86 |
| 03/28/18 | 5004 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0511 | FORM 100 FOR TAX YEAR ENDING 2017 PER ORDER ENTERED 3/27/18, CA CORP. # X0022, EIN X2688 | 2820-000 | | $914.00 | $17,827.86 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $31.11 | $17,796.75 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:      $21,000.00      $3,203.25

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-26198

Case Name: CALPOP.COM, INC.

Taxpayer ID No: XX-XXX2688

For Period Ending: 10/03/2018

Trustee Name: Richard K. Diamond, TRUSTEE (State Bar No. 070634)

Bank Name: Union Bank

Account Number/CD#: XXXXXX7423

GENERAL ACCOUNT

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/18 | 5005 | RICHARD K. DIAMOND 1900 Avenue of the Stars, Eleventh Floor Los Angeles, CA 90067-4402 | TRUSTEE'S EXPENSES PER ORDER ENTERED 8/10/18 | 2200-000 | | $246.44 | $17,550.31 |
| 08/30/18 | 5006 | DANNING GILL DIAMOND & KOLLITZ LLP 1900 AVENUE OF THE STARS 11TH FLOOR LOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 8/10/18 | 3120-000 | | $4,090.31 | $13,460.00 |
| 08/30/18 | 5007 | GROBSTEIN TEEPLE LLP ONE VENTURE PLAZA, SUITE 250 IRVINE, CA 92618 | ACCOUNTANT FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 8/10/18 | 3420-000 | | $587.77 | $12,872.23 |
| 08/30/18 | 5008 | RICHARD K. DIAMOND 1900 Avenue of the Stars, Eleventh Floor Los Angeles, CA 90067-4402 | TRUSTEE'S COMPENSATION PER ORDER ENTERED 8/10/18 | 2100-000 | | $115.07 | $12,757.16 |
| 08/30/18 | 5009 | FRANCHISE TAX BOARD <B>(ADMINISTRATIVE)</B> BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | First and final distribution to claim #18 representing a payment of 4.04 % per court order entered 8/10/18. | 2990-000 | | $28.88 | $12,728.28 |
| 08/30/18 | 5010 | DANNING GILL DIAMOND & KOLLITZ LLP 1900 AVENUE OF THE STARS 11TH FLOOR LOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE'S FEES PER ORDER ENTERED 8/10/18 | 3110-000 | | $9,073.94 | $3,654.34 |
| 08/30/18 | 5011 | GROBSTEIN TEEPLE LLP ONE VENTURE PLAZA, SUITE 250 IRVINE, CA 92618 | ACCOUNTANT FOR TRUSTEE'S FEES PER ORDER ENTERED 8/10/18 | 3410-000 | | $3,654.34 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $21,000.00 | $21,000.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $21,000.00 | $21,000.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $21,000.00 | $21,000.00 |

Page Subtotals:                    $0.00        $17,796.75

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7423 - GENERAL ACCOUNT | $21,000.00 | $21,000.00 | $0.00 |
|  | $21,000.00 | $21,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $21,000.00 |
| Total Gross Receipts: | $21,000.00 |

Page Subtotals:                    $0.00          $0.00